UNITED STATES DISTRICT COURT

MONTGOMERY AL.

RECEIVED
2007 NOV 30 A 9:49

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marion Carney
Plaintiff

Case No. 1:07CV1053-MEF

vs.

LT. Jordan, Sgt Ivey, The
Houston County Sheriff. Dept,
et.al

Petition and Affidavit to proceed
without prepayment of fees and/
or cost

_____

1. I, Marion Carney is currently unemployed.

2. My address is 1213 Summit Street, Dothan, AL 36301

A. I am not receiving any money at This time.
(See Attach Job Service Card)

3. I am divorced

4. I have two legal dependants that I am responsible for supporting.

   A. Marian Carney JR, Son - He is 8 years old and the court has ordered me to pay $425.00 monthly.

   B. Victoria Camryn Carney, daughter - She is five years old and I have been paying $525.00 a month.

   C. My monthly income is zero dollars.
   D. I am currently unemployed.

5. Expenses

   Rent          $525.00 monthly
   Car Payment   $349.00 monthly
   Child Support $950.00 monthly
   Utility Bill   98.00 monthly
   Food + misc.  320.00 month
   total        $2,242 a month

6. I, own no real property

7. I have no money in either savings or checking accounts.

8. I have filed for unemployment issurance.

Nov 28 2007
Date

Marion Corney SR,
1213 Summit St.
Dothan, AL 36301

under penalty of perjury